PJS:JJT:nl

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 10-249 |
| ) | |
| v. ) | |
| ) | (Caldwell, J.) |
| REYNARD VIRGIL ROBINSON, JR., ) | |
| a/k/a "SNOWMAN," ) | FILED |
| a/k/a "TOO LOW," ) | HARRISBURG, PA |
| ) | |
| Defendant. ) | SEP 01 2010 |
| | MARY E. D'ANDREA, CLERK |
| | Per_____ |
| | Deputy Clerk |

**INDICTMENT**

COUNT I

<u>Possession of Cocaine Base with the Intent to Distribute</u>
<u>Title 21, United States Code, Section 841</u>

THE GRAND JURY CHARGES THAT:

On or about from August 19, 2008, within the Middle District of Pennsylvania, the defendant,

REYNARD VIRGIL ROBINSON, JR.,

knowingly and intentionally distributed, dispensed, and possessed with the intent to distribute and dispense a mixture and substance containing a detectable amount of cocaine base, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT II

### Possession of Cocaine Base with the Intent to Distribute
### Title 21, United States Code, Section 841

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about from August 26, 2008, within the Middle District of Pennsylvania, the defendant,

**REYNARD VIRGIL ROBINSON, JR.,**

knowingly and intentionally distributed, dispensed, and possessed with the intent to distribute and dispense a mixture and substance containing a detectable amount of cocaine base, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).


## COUNT III

### Felon in Possession of Firearm
### Title 18, United States Code, Section 922(g)(1)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 2, 2010, within the Middle District of Pennsylvania, the defendant,

**REYNARD VIRGIL ROBINSON, JR.,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting

interstate commerce, a firearm, that is, a SIG, Model SP2340, .40 caliber semi-automatic pistol, serial number SP0050153, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g), 924(a)(2), and 924(e).

### COUNT IV

### Possession of Firearm in Furtherance of Drug Trafficking
### Title 18, United States Code, Section 924(c)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 2, 2010, within the Middle District of Pennsylvania, the defendant,

**REYNARD VIRGIL ROBINSON, JR.,**

did knowingly carry, use and possess a firearm during, in relation to, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States; namely, distribution of cocaine base, and possession of cocaine base with the intent to distribute, a violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT V

### Possession of Cocaine Base with the Intent to Distribute
### Title 21, United States Code, Section 841

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about from January 2, 2010, within the Middle District of Pennsylvania, the defendant,

**REYNARD VIRGIL ROBINSON, JR.,**

knowingly and intentionally distributed, dispensed, and possessed with the intent to distribute and dispense a mixture and substance containing a detectable amount of cocaine base, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT VI

### Felon in Possession of Firearm
### Title 18, United States Code, Section 922(g)(1)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 8, 2010, within the Middle District of Pennsylvania, the defendant,

**REYNARD VIRGIL ROBINSON, JR.,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that

is, a Lorcin, Model L380, 380 caliber semi-automatic pistol, serial number SP189636, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2), and 924(e).

## COUNT VII

### Possession of Firearm in Furtherance of Drug Trafficking
### Title 18, United States Code, Section 924(c)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 8, 2010, within the Middle District of Pennsylvania, the defendant,

**REYNARD VIRGIL ROBINSON, JR.,**

did knowingly carry, use and possess a firearm during, in relation to, and in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States; namely, distribution of cocaine base, and possession of cocaine base with the intent to distribute, a violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT VIII

### Possession of Cocaine Base with the Intent to Distribute
### Title 21, United States Code, Section 841

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about from June 8, 2010, within the Middle District of Pennsylvania, the defendant,

**REYNARD VIRGIL ROBINSON, JR.,**

knowingly and intentionally distributed, dispensed, and possessed with the intent to distribute and dispense a mixture and substance containing a detectable amount of cocaine base, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).



_Peter J. Smith by_ /s/
PETER J. SMITH
United States Attorney

9/1/2010
Date